MOSES ᴇᴛ ᴀʟ. *v.* WASHINGTON ᴇᴛ ᴀʟ.

No. 246.   Decided December 18, 1967.

*L. Frederick Paul* and *Frederick W. Post* for appellants.

*James E. Kennedy* and *J. L. Coniff,* Special Assistant Attorneys General of Washington, for appellees.

*Solicitor General Griswold* for the United States, as *amicus curiae.*

Pᴇʀ Cᴜʀɪᴀᴍ.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

Mʀ. Jᴜsᴛɪᴄᴇ Dᴏᴜɢʟᴀs is of the opinion that probable jurisdiction should be noted.

Mʀ. Jᴜsᴛɪᴄᴇ Mᴀʀsʜᴀʟʟ took no part in the consideration or decision of this case.